# Order

Michigan Supreme Court
Lansing, Michigan

October 17, 2007

134260-64 & (77)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LENAWEE COUNTY,
       Plaintiff-Appellee,

v

DAVID WAGLEY and BARBARA WAGLEY,
       Defendants-Appellants,
and

BANK OF LENAWEE and PAVILLION
MORTGAGE,
       Defendants.

_____

SC: 134260
COA: 268819
Lenawee CC: 05-001960-CC

LENAWEE COUNTY,
       Plaintiff-Appellee,

v

ROBERT D. GARDENER and MICHELLE A.
GARDENER,
       Defendants-Appellants,
and

SKY BANK and UNITED BANK & TRUST,
       Defendants.

_____

SC: 134261
COA: 268820
Lenawee CC: 05-001961-CC

LENAWEE COUNTY,
       Plaintiff-Appellee,

v

MARY HALSTEAD,
       Defendant-Appellant,
and

LENCO CREDIT UNION and ALDEN STATE
BANK,
       Defendants.

_____

SC: 134262
COA: 268821
Lenawee CC: 05-001962-CC

LENAWEE COUNTY,
        Plaintiff-Appellee,

v

ROBERT L. SELLERS, SR.,
        Defendant-Appellant,
and

UNITED MORTGAGE COMPANY,
        Defendant.

SC: 134263
COA: 268822
Lenawee CC: 05-002000-CC

_____

LENAWEE COUNTY,
        Plaintiff-Appellee,

v

RICHARD F. BARON, MARY SHARON
BARON, and BARON FAMILY TRUST DATED
DECEMBER 30, 1992,
        Defendants-Appellants.

SC: 134264
COA: 268823
Lenawee CC: 05-002001-CC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007



                    Clerk

t1010